IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KENNETH LAZARD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ALL RESTORE, LLC, <br><br> Defendant. | CIVIL ACTION <br> NO. 19-6040 |

# **ORDER**

**AND NOW**, this 29th day of March 2021, upon consideration of Defendant's Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 13), Plaintiffs' Response in Opposition (Doc. No. 14), Defendant's Reply (Doc. No. 15), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion to Dismiss (Doc. No. 13) is **DENIED**. Defendant shall file an answer to the First Amended Complaint within fourteen days of the date of this Order.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.